IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MR. PAUL GRAHAM
*Plaintiff(s)*

2005 JUL -5 P 2: 17

vs.

DIVISION OF CORRECTIONS
AND FORMER SGT. McCULLUM AID AND ABETORS
*Defendant(s)*

CIVIL ACTION NO. 02-2651

(# 2 **NOTICE OF APPEAL**)
(# MOTION TO REOPEN THE TIME FOR FILING APPEAL)

Notice is hereby given that MR. PAUL GRAHAM, above named, hereby
*(Name of Appellant)*

appeals to the United States Court of Appeals, for the Fourth Circuit from the final judgment

entered in the above entitled case on MARCH 7, 2003.
*(Date judgment was entered)*

Date: JULY 5, 2005

Paul Graham
*Signature*

PAUL GRAHAM
*Print Name*

700 EASTSHIRE DR
CATONSVILLE MD 21228
*Address*

_____
*City, State and Zip Code*

(410) 719-6365
*Telephone Number*