# Motion and Affidavit for Permission to Appeal In Forma Pauperis



JUL 25 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

Appeal No. RE: 05-7065

v.

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Paul Graham* | Date: 7-20-05 |

**My issues on appeal are:**



1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

**Income source**           Average monthly amount during       Amount expected next month
                            the past 12 months

|  | You | Spouse | You | Spouse |
|---|---|---|---|---|
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ | $ | $ | $ |



| | | | | |
|---|---|---|---|---|
| Child support | $ C | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

*I RECEIVE WELFARE BECAUSE OF DISABILITY.*

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | N/A | | |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | N/A | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home _____ (Value)                Other real estate _____ (Value)          Motor vehicle #1 _____ (Value)

_____                                                                       Make & year: _____

_____                                                                       Model: _____

_____                         _____                               Registration #: _____

Motor vehicle #2 _____ (Value)      Other assets _____ (Value)                Other assets _____ (Value)

Make & year: _____

_____

_____

Registration #:

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse         Amount owed to you                            Amount owed to your spouse
money

N/A

7. State the persons who rely on you or your spouse for support.

Name                                    Relationship                                  Age

DEMOCRACY                               _____

_____

_____

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

                                        You                                           Your Spouse

Rent or home-mortgage payment (include lot rented    $_____                         $_____
for mobile home)

    Are real-estate taxes included? ☐ Yes    ☐ No
    Is property insurance included? ☐ Yes    ☐ No

Utilities (electricity, heating fuel, water, sewer, and    $_____                   $_____
  telephone)

Home maintenance (repairs and upkeep)    $_____                                     $_____

                                         $                                            $

Clothing                                 $_____                                     $_____

-3-



Laundry and dry-cleaning $_____ $_____

Medical and dental expenses $_____ $_____

Transportation (not including motor vehicle payments) $_____ $_____

Recreation, entertainment, newspapers, magazines, etc. $_____ $_____

Insurance (not deducted from wages or included in Mortgage payments)

    Homeowner's or renter's $_____ $_____

    Life $_____ $_____

    Health $_____ $_____

    Motor Vehicle $_____ $_____

    Other: _____ $_____ $_____

Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ $_____ $_____

Installment payments

    Motor Vehicle $_____ $_____

    Credit card (name): _____ $_____ $_____

    Department Store (name): _____ $_____ $_____

    Other: _____ $_____ $_____

Alimony, maintenance, and support paid to others $_____ $_____

Regular expenses for operation of business, profession, or farm (attach detailed statement) $_____ $_____

Other (specify): _____ $_____ $_____

**Total monthly expenses:** $_____ $_____

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabil____ during the ____ months

    No _____    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?    ☐ Yes   ☒ No

If yes, how much? $

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes   ☒ No

If yes, how much? $

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I AM DISABLED. MY PRIMARY DOCTOR AGREE. I AM UNABLE TO WORK. I NEED GOVERNMENT ASSISTANCE.