JUDGMENT

FILED: December 21, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 05-7065
CA-02-2651-1-CCB

FILED ENTERED
RECEIVED

DEC 23 2005

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                     DEPUTY

PAUL GRAHAM

    Plaintiff - Appellant

v.

ROBERT MCCULLUM, Sergeant

    Defendant - Appellee

-------------------

Appeal from the United States District Court for the
District of Maryland at Baltimore

-------------------

In accordance with the written opinion of this Court filed this day, the Court dismisses the appeal

A certified copy of this judgment will be provided to District Court upon issuance of the mandate. The judgment take effect upon issuance of the mandate.

                                s/ Patricia S. Connor
                                        CLERK

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7065

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 23 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

PAUL GRAHAM,

                        Plaintiff - Appellant,

versus

ROBERT MCCULLUM, Sergeant,

                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-02-2651-1-CCB)

Submitted: December 15, 2005        Decided: December 21, 2005

---

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Paul Graham, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Graham seeks to appeal the district court's order dismissing his 42 U.S.C. S 1983 (2000) action. We dismiss appeal for lack of jurisdiction because the notice of appeal not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R App. P. 4(a)(1 A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)

The district court's judgment was entered on the docket on March 7, 2003. The notice of appeal was filed on July 5, 2005. Because Graham failed to file a timely notice of appeal or timely seek an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because facts and legal contentions are adequately presented in materials before the court and argument would not aid decisional process.

DISMISSED

2