```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                         FILED
                                                     January 12, 2006
```

No. 05-7065
CA-02-2651-1-CCB

PAUL GRAHAM

    Plaintiff - Appellant


ROBERT MCCULLUM, Sergeant

    Defendant - Appellee


## M A N D A T E

The judgment of this Court, entered 12/21/05, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued herewith and constitute the mandate of this Court

/s/ Patricia S. Connor
-----------------------
CLERK